(No. 6355—

LESTER L. HAAG, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 17, 1972.*

LESTER L. HAAG, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

This cause coming on to be heard on the Joint

Stipulation of the parties hereto and the Court being fully advised in the premises;

THIS COURT FINDS that this claim is for damage caused to claimant's 1970 Ambassador sedan, while parked, when respondent's agent backed into it with a farm type International Model M Tractor.

IT IS HEREBY ORDERED:

1. That the sum of $151.59 be awarded to claimant in full satisfaction of any and all claims presented to the State of Illinois under the above captioned cause.